UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 08-0080 (SRC) 12-115(SRC) |
| JUAN POLANCO | : | ORDER |

This matter having been opened to the Court by the United States (Paul Fishman, United States Attorney, by David Foster, Assistant U.S. Attorney, appearing), for an Order to modify the previously set conditions of bail for defendant Juan Polanco, (Curtis LaForge esq., appearing), and for good and sufficient cause shown,

WHEREFORE, it is on this 10th day of February, 2012:

ORDERED the defendant Juan Polanco's bail conditions shall be modified as follows

1. Defendant shall be removed from electronic monitoring.
2. Defendant shall not travel outside of the state of New Jersey or New York without approval from probation.
3. Defendant shall submit to drug testing as required by probation.
4. All other originally imposed conditions remain in effect

STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE